# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com

**New Jersey**
430 Mountain Avenue
Murray Hill, NJ 07974

(908) 516-1050 Tel
(908) 516-1051 Fax
Writer's Direct Dial:
908-516-1060

Writer's E-mail:
rgousman@laborlawyers.com

April 3, 2008

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Bldg. & Courthouse
50 Walnut Street
Room 4062
Newark, New Jersey 07102

Re:   *Elmiry v. Wachovia*

Dear Judge Sheridan:

I am writing to make a joint request, with plaintiff's counsel Paula Dillon, that the Status Conference scheduled for Thursday, April 10, 2008 at 10:00 A.M. be rescheduled to that afternoon, possibly 2:00 P.M.

Plaintiff's counsel is scheduled to depose defendants' expert psychiatrist from 9:00 A.M. to 12 Noon on April 10, 2008. The deposition was difficult to schedule and has been scheduled for some time. After receiving notification of the conference, we reached out to the expert witness in an attempt to rescheduled the deposition. Unfortunately, this was not possible.

We appreciate your consideration of this request.

*So Ordered*
*Rescheduled for 2pm*
*Peter Sheridan*

Respectfully submitted,

*s/Rosemary S. Gousman*
ROSEMARY S. GOUSMAN
For FISHER & PHILLIPS LLP