# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAILA ELMIRY | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CASE NUMBER: 04 - 3621 (PGS) |
| v. | |
| WACHOVIA BANK, Defendant. | |

__X__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that a judgment of NO CAUSE FOR ACTION be and is hereby entered in favor of the defendant, and against the plaintiff.

__May 12, 2008__  
DATE

_____  
PETER G. SHERIDAN, U.S.D.J.